Gagg *et al. v.* Vetter.

careful consideration, and entertain no doubt that we are required by the law and the well-settled practice of this court to affirm the judgment.

The evidence is plainly, palpably, and directly conflicting. The verdict of the jury depended upon the weight which should be ·given to the testimony of the two sets of witnesses. The testimony could not be reconciled and harmonized so that it might all stand. The jury were compelled to believe the one set and disbelieve the other, except the scientific witnesses, who, doubtless, honestly differed in their views.

Upon such a state of facts we cannot disturb the verdict. *The Madison and Indianapolis Railroad Co.* v. *Taffe,* 37 Ind. 361.

The judgment is affirmed, with costs.*

*T. A. Hendricks, O. B. Hord, A. W. Hendricks, J. Hanna,* and *F. Knefler,* for appellants.

*A. G. Porter, B. Harrison, W. P. Fishback,* and *C. C. Hines,* for appellees.

*Petition for a rehearing overruled.

———•———

## GAGG ET AL. *v.* VETTER.

APPEAL from the Marion Civil Circuit Court.

PETTIT, C. J.—This case, in all legal respects, is the same as *Gagg* v. *Vetter, ante,* p. 228 ; and it is understood by the parties that this is to abide by the decision in that.

The judgment is affirmed, on the authority of that, at the costs of the appellants.

*T. A. Hendricks, O. B. Hord, A. W. Hendricks, J. Hanna,* and *F. Knefler,* for appellants.

*A. G. Porter, B. Harrison, W. P. Fishback,* and *C. C. Hines,* for appellee.